United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:16-CR-408-04** |
| **v.** | § | |
| | § | **JUDGE VANESSA GILMORE** |
| **CAROLYN AUSTIN** *and* | § | |
| **EDDIE AUSTIN** | § | |

## ORDER

The motion to continue the Sentencing hearings is GRANTED.

The sentencing hearing for Carolyn Austin will be held at __9:30__ am on __JUNE 14__ , 2021.

The sentencing hearing for Eddie Austin will be held at __9:30__ am on __JUNE 21__ , 2021.

Signed on December __17__ , 2020.

Vanessa Gilmore
United States District Judge