United States District Court
Southern District of Texas
**ENTERED**
December 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:16-CR-408

ANDREW IAN FARMER (1)

ORDER RESETTING SENTENCING

The Sentencing of the defendant is hereby reset:

1. The Probation Office will submit the final PSR with an addendum <u>7 days before Sentencing</u>.

2. The Sentencing will be held:

   Date:   <u>    June 7, 2021           </u>

   Time:   <u>    9:30 a.m.              </u>

Signed at Houston, Texas on  <u>    December 23             </u>, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE