UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 4:16cr408

ANDREW IAN FARMER

## MOTION TO DISMISS REMAINING COUNTS

On this day, the defendant, Andrew Ian Farmer was sentenced on counts one and two of the Information. Pursuant to paragraph 9(a) of the Plea Agreement, docket number 363, the United States moves to dismiss all remaining counts against this defendant, which include:

1.      Original Indictment (docket no. 1), counts 1-17 against Farmer;

2.      First Superseding Indictment (docket no. 86), counts 1-17 against Farmer;

3.      Second Superseding Indictment (docket no. 163), counts 1-17 against Farmer; and

4.      Third Superseding Indictment (docket no. 174), counts 1-17 against Farmer.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

_____
Justin R. Martin
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000