United States District Court
Southern District of Texas
**ENTERED**
July 07, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | § § § | |
| **ANDREW IAN FARMER** | | CRIMINAL CASE: **4:16CR00408-001** |

## ORDER TO SURRENDER

The defendant, **ANDREW IAN FARMER #14677-479**

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Monday, August 2, 2021** by 2:00 pm to:

FCI EL RENO
4205 HIGHWAY 66 WEST
EL RENO, OK 73036
405-262-4875

Signed on JULY 7, 2021

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE