February 22, 2023

United States Courts
Southern District of Texas
FILED

FEB 27 2023

United States Courthouse
Attn: Clerk of the District Court
PO BOX 61010
Houston Texas 77002-2600

Nathan Ochsner, Clerk of Court

RE: US V. Farmer
Civil Action No. 4:22-4307; Criminal Action No. 4:16-408


Dear Sir/Madam:

I have not been receiving copies of filings in the above referenced matter. As a federal inmate I do not have access to PACER in order to receive electronic copies of relevant filings/orders.

As I *pro-se* litigant I am entitled to receive copies of all court filings in this matter.

At this time I am in need of copies of Document 662 through the most recent filing in this matter.

Please add the address below to the distribution list in this matter so that I will receive relevant filings promptly.

Thank you,

Andrew Farmer (Inmate #14677-479)
Federal Correctional Institution
Satellite Prison Camp
PO Box 1500
El Reno, Oklahoma 73036

ANDREW FARMER 14677-479
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 1500
EL RENO OK 73036

United States Courts
Southern District of Texas
FILED
FEB 27 2023
Nathan Ochsner, Clerk of Court

OKLAHOMA CITY OK 730
23 FEB 2023 PM 4 L



⇔14677-479⇔
District Court Clerk
PO BOX 61010
Clutch CITY, TX 77002-2600
United States

77002-2600